**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22-CR-00526 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | |
| | ) | ORDER |
| DOUGLAS STOUT, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant Douglas Stout which was referred to the Magistrate Judge with the consent of the parties.

On September 15, 2022, the Government filed a one count Indictment, charging Defendant Douglas Stout in Count 1 with Felon in Possession of Firearm and Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Defendant Douglas Stout was arraigned on September 20, 2022, during which Mr. Stout entered a plea of not guilty to the charges. On August 16, 2023 Magistrate Judge Parker received Defendant's plea of guilty to Count 1 of the Indictment, with a written plea agreement, and subsequently issued the R&R, concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

The Court conducted a hearing on this date and adopted the Magistrate Judge's R&R, following its de novo review of the record. This Order further memorializes that determination. Having adopted the R&R, the Court found: Defendant Douglas Stout competent to enter a plea

and to understand his constitutional rights; he is aware of the charges and of the consequences of entering a plea of guilty; there is an adequate factual basis for the plea; and the plea was entered knowingly, intelligently, and voluntarily. Therefore, as explained on the record—having considered the indictment and parties' filings in this case, the change of plea proceedings, the parties' written plea agreement, and the pre-sentence report—Defendant Douglas Stout was adjudged guilty of Count 1 of the Indictment, Felon in Possession of Firearm and Ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). In addition, the Court approved and accepted the plea agreement.

    IT IS SO ORDERED.

    *s/ David A. Ruiz*    12/14/2023
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE